UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN WAYNE QUICK, ) | |
| ID # 1243617, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:14-CV-3312-B-BH |
| ) | |
| CHRISTOPHER CASTANON, et al, ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Application to Proceed In Forma Pauperis*, received September 12, 2014 (doc. 4), is **DENIED**. By separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g). The plaintiff is **WARNED** that if he continues to file civil actions without prepaying the filing fee or making a showing of imminent danger, he could be subject to sanctions, up to and including monetary sanctions payable to the Court.

SIGNED this 6th day of January, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE